# UNITED STATES DISTRICT COUT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JBI, INC., JOHN W BORDYNUIK, )<br>AND RONALD BALDWIN, JR., )<br>)<br>Defendants. )<br>) | Civil Action No.   1:12-Cv-10012-MLW |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF
THE ABOVE NAMED COURT:**

Please note and record the following change of address for counsel for the Defendants, JBI, Inc. and John W. Bordynuik, in the above captioned-matter, *effective Tuesday, May 1, 2012:*

> Juan Marcel Marcelino, Esquire
> Juan.marcelino@nelsonmullins.com
> Nelson Mullins Riley & Scarborough LLP
> One Post Office Square, 30th Floor
> Boston, MA   02109

Kindly forward all correspondence, pleadings and notices to the above address.

> Respectfully Submitted,
>
> JBI, Inc. and John W. Bordynuik
>
> By their attorneys,

Dated: May 16, 2012

> /s/ *Juan Marcel Marcelino*
> Juan Marcel Marcelino (BBO #318810)
> Juan.marcelino@nelsonmullins.com
> Nelson Mullins Riley & ScarboroughLLP
> One Post Office Square, 30th Floor
> Boston, MA   02109
> Tel. No. 617-202-4688
> Fax. No. 617-573-4778

## CERTIFICATE OF SERVICE

I, Juan Marcel Marcelino, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 16, 2012              */s/ Juan Marcel Marcelino*