UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RONALD BALDWIN, JR., <br><br> Defendant. | Civil Action No. <br> 1:12-cv-10012-RBC |

**ORDER EXTENDING DISCOVERY DEADLINES**

This matter came before the Court on the parties' Stipulation to Extend Discovery Deadlines.

For good cause showing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

All discovery deadlines, including automatic disclosures, fact discovery, and expert discovery, are hereby extended to December 20, 2013.

SO ORDERED.

MAY 3 0 2013

Dated this __ day of _____, 2013.

_____
United States Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210